UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alberta Telecommunications Research Centre d/b/a TR Labs

Plaintiff(s),

v.

Sony Corporation, Sony Computer Entertainment Inc. and Sony Computer Entertainment America. Inc.
Defendant(s).

No. C 08-03408

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 13, 2008

Signature of George C. Summerfield
Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")