W. Clay Deanhardt (Bar No. 160653)
Email: clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA 94563
Telephone: (925) 258-9079
Facsimile: (925) 885-2478

George C. Summerfield
Email: *summerfield@stadheimgrear.com*
Rolf O. Stadheim
Email: *stadheim@stadheimgrear.com*
Joseph A. Grear
Email: *grear@stadheimgrear.com*
Keith A. Vogt
Email: *vogt@stadheimgrear.com*
Steven R. Pedersen
Email: *pedersen@stadheimgrear.com*
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>             Plaintiff,<br><br>       v.<br><br>SONY CORPORATION, SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br><br>             Defendants. | No. C 08-03408<br><br>**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME** |

Plaintiff, Alberta Telecommunications Research Centre, d/b/a TR Labs ("TR Labs") respectfully requests an extension of time of twenty-eight (28) days for all deadlines set forth in this Court's Order of July 15, 2008.  The parties have been discussing a resolution of this matter, and believe that a resolution is likely.  The parties also believe that a 28 day extension of all deadlines will be sufficient to allow the parties to reach a resolution.  Counsel for TR Labs has discussed this proposed extension of time with the defendants, who have consented to such extension.  A proposed Order accompanies this motion.

Respectfully submitted,

Dated:  October 6, 2008

s/George C. Summerfield___
W. CLAY DEANHARDT (Bar No. 160653)
Email:  clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA  94563
Telephone: (925) 258-9079
Facsimile:  (925) 885-2478

GEORGE C. SUMMERFIELD
Email:  summerfield@stadheimgrear.com
ROLF O. STADHEIM
Email: stadheim@stadheimgrear.com
JOSEPH A. GREAR
Email:  grear@stadheimgrear.com
KEITH A. VOGT
Email: vogt@stadheimgrear.com
STEVEN R. PEDERSEN
Email:  pedersen@stadheimgrear.com
STADHEIM & GREAR, LTD.
400 North Michigan Avenue, Suite 2200
Chicago, IL 60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408

ATTORNEYS FOR PLAINTIFF
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>        Plaintiff,<br><br>    v.<br><br>SONY CORPORATION, SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br><br>        Defendants. | No. C 08-03408<br><br>[~~PROPOSED~~] ORDER |

The Court, having reviewed the Plaintiff's Motion for Enlargement of Time, and for good cause shown therein, hereby ORDERS that such motion is hereby granted.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE

Date:    October 7, 2008

IT IS SO ORDERED
Judge Bernard Zimmerman

-3-
PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME