W. Clay Deanhardt (Bar No. 160653)
Email:  clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA  94563
Telephone: (925) 258-9079
Facsimile:  (925) 885-2478

George C. Summerfield
Email:  *summerfield@stadheimgrear.com*
Rolf O. Stadheim
Email:  *stadheim@stadheimgrear.com*
Joseph A. Grear
Email:  *grear@stadheimgrear.com*
Keith A. Vogt
Email:  *vogt@stadheimgrear.com*
Steven R. Pedersen
Email:  *pedersen@stadheimgrear.com*
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois  60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONY CORPORATION, SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br><br>　　　　Defendants. | No. C 08-03408<br><br>**CORRECTED PLAINTIFF'S MOTION FOR SECOND ENLARGEMENT OF TIME** |

Plaintiff, Alberta Telecommunications Research Centre, d/b/a TR Labs ("TR Labs") respectfully requests an extension of time of twenty-eight (28) days for all deadlines set forth in this Court's Orders of July 15, 2008 and October 7, 2008.  The parties continued their discussions regarding a resolution of this matter, and still believe that a resolution is likely.  The parties also believe that a further 28 day extension of all deadlines will be sufficient to allow the parties to reach a resolution.  Counsel for TR Labs attempted to discussed this proposed extension of time with the defendant's counsel, who was unavailable.  A proposed Order accompanies this motion.

                                                               Respectfully submitted,

Dated:  November 4, 2008                 _/s/George C. Summerfield_____
                                                      W. CLAY DEANHARDT (Bar No. 160653)
                                                      Email:  clay@deanhardtlaw.com
                                                      LAW OFFICE OF CLAY DEANHARDT
                                                      21-C Orinda Way, #374
                                                      Orinda, CA  94563
                                                      Telephone: (925) 258-9079
                                                      Facsimile:  (925) 885-2478

                                                      GEORGE C. SUMMERFIELD
                                                      Email:  summerfield@stadheimgrear.com
                                                      ROLF O. STADHEIM
                                                      Email: stadheim@stadheimgrear.com
                                                      JOSEPH A. GREAR
                                                      Email:  grear@stadheimgrear.com
                                                      KEITH A. VOGT
                                                      Email: vogt@stadheimgrear.com
                                                      STEVEN R. PEDERSEN
                                                      Email:  pedersen@stadheimgrear.com
                                                      STADHEIM & GREAR, LTD.
                                                      400 North Michigan Avenue, Suite 2200
                                                      Chicago, IL 60611
                                                      Telephone:  (312) 755-4400
                                                      Facsimile:  (312) 755-4408

                                                      ATTORNEYS FOR PLAINTIFF
                                                      ALBERTA TELECOMMUNICATIONS
                                                      RESEARCH CENTRE d/b/a TR LABS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,

    Plaintiff,

  v.

SONY CORPORATION, SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.

    Defendants.

No. C 08-03408

[PROPOSED] ORDER

The Court, having reviewed the Plaintiff's Motion for a Second Enlargement of Time, and for good cause shown therein, hereby ORDERS that such motion is hereby granted.

**Case Management Conference continued to December 8, 2008 at 4:00 p.m.**

_____
U.S. ~~DISTRICT JUDGE~~
MAGISTRATE

Date:  November 3, 2008

-3-
CORRECTED PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME