W. Clay Deanhardt (Bar No. 160653)
Email:  clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA  94563
Telephone: (925) 258-9079
Facsimile:  (925) 885-2478

George C. Summerfield
Email:  *summerfield@stadheimgrear.com*
Rolf O. Stadheim
Email:  *stadheim@stadheimgrear.com*
Joseph A. Grear
Email:  *grear@stadheimgrear.com*
Keith A. Vogt
Email:  *vogt@stadheimgrear.com*
Steven R. Pedersen
Email:  *pedersen@stadheimgrear.com*
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois  60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY CORPORATION, SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br><br>    Defendants. | No. C 08-03408<br><br>**UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE** |

UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

In light of a resolution between the parties, the plaintiff, Alberta Telecommunications Research Centre d/b/a TR Labs ("TR Labs"), respectfully moves for a dismissal of the afore-captioned matter with prejudice.  TR Labs' counsel has consulted with the defendants, who have no objection to this motion.

                                          Respectfully submitted,

Dated:  November 18, 2008            /s/George C. Summerfield_____
                                          W. CLAY DEANHARDT (Bar No. 160653)
                                          Email: clay@deanhardtlaw.com
                                          LAW OFFICE OF CLAY DEANHARDT
                                          21-C Orinda Way, #374
                                          Orinda, CA 94563
                                          Telephone: (925) 258-9079
                                          Facsimile: (925) 885-2478

                                          GEORGE C. SUMMERFIELD
                                          Email: summerfield@stadheimgrear.com
                                          ROLF O. STADHEIM
                                          Email: stadheim@stadheimgrear.com
                                          JOSEPH A. GREAR
                                          Email: grear@stadheimgrear.com
                                          KEITH A. VOGT
                                          Email: vogt@stadheimgrear.com
                                          STEVEN R. PEDERSEN
                                          Email: pedersen@stadheimgrear.com
                                          STADHEIM & GREAR, LTD.
                                          400 North Michigan Avenue, Suite 2200
                                          Chicago, IL 60611
                                          Telephone: (312) 755-4400
                                          Facsimile: (312) 755-4408

                                          ATTORNEYS FOR PLAINTIFF
                                          ALBERTA TELECOMMUNICATIONS RESEARCH
                                          CENTRE d/b/a TR LAB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>         Plaintiff,<br><br>     v.<br><br>SONY CORPORATION, SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br><br>         Defendants. | No. C 08-03408<br><br>[PROPOSED] ORDER |

Having reviewed the pending motion to dismiss the afore-captioned matter with prejudice, and having concluded that there is a justification therefore, it is hereby ORDERED that the matter is dismissed with prejudice.  The parties are to bear their own costs.

_____
U.S. ~~DISTRICT~~ JUDGE

Date:  November 18, 2008

-3-
UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE